THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* HENRY A. LAURANT, Petitioner-Appellant.

(No. 58743;

First District (2nd Division)—October 2, 1973.

*Supplemental opinion filed October 23, 1973.*

PER CURIAM.
LEIGHTON, J., took no part.

James J. Doherty, Public Defender, of Chicago, (Daniel R. Miranda, Assistant Public Defender, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.